**SEALED**

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | |
|---|---|
| United States of America<br>v.<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  1:25-mj-00011-SKO<br>)<br>)<br>)<br>) |

**FILED**
Feb 13, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT BY RELIABLE ELECTRONIC OR TELEPHONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the _____ District of _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| | |

This criminal complaint is based on these facts:

The defendant was found in the County of Fresno California, on or about September 13,2021, and the defendant's immigration file reflects that he had been removed from the United States on or about March 16,2021; that he has a prior conviction for an aggravated felony, specifically Possession for Sale, to wit: Methamphetamine on September 18,2020, in violation of California Health and Safety Code Sections 11378, in Fresno, County, California and that there is no indication that the defendant has received the consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission.

❒ Continued on the attached sheet.

*Complainant's signature*

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone

Date: 2/13/2025

*Judge's signature*

City and state: _____

*Printed name and title*